# Court of Appeals
# of the State of Georgia

ATLANTA,   April 13, 2015

*The Court of Appeals hereby passes the following order:*

## A15E0026. TINA MARIE SANDERS v. U.S. BANK, N.A.

The Petitioner, Tina Marie Sanders, has moved this Court to stay the "Final Judgment and Writ of Possession" issued by the Superior Court of Gwinnett County on April 8, 2015. For the following reasons, we deny the motion.

This Court's Rule 40 (b) emergency powers are limited and intended to be used sparingly. Rule 40 (b) provides, in relevant part, that we may only issue "such orders or give direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." In this case, Sanders has an existing appellate remedy.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b)." (Citation omitted.) *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). See also *Dean's Catering v. Sturm & Associates*, 231 Ga. App. 202, 202-203 (498 SE2d 786) (1998) (An appeal from a decision of the superior court reviewing de novo a decision of the magistrate court and, thereafter, granting summary judgment and a writ of possession is subject to the discretionary appeal procedures of OCGA § 5-6-35 (a) (1).). Further, the proper and timely filing of an application for discretionary appeal acts as a supersedeas. See OCGA § 5-6-35 (h) ("The filing of an application for appeal shall act as a supersedeas to the extent that a notice of appeal acts as supersedeas.").

Because the petitioner has appellate remedies available to her, it is unnecessary to invoke this Court's emergency powers. Therefore, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _____04/13/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*